**DISMISS; and Opinion Filed February 6, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-13-00500-CR
_____

**MARLON CHRISTOPHER BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-59492-I**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

130500F.U05